FILED
2019 Apr-15 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SHIRLEY MCBRAYER FLOOD,** as **Personal Representative of the Estate of David Daniel McBrayer, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION, et al.,**<br><br>Defendants. | 1:16-cv-01832-ACA |

## ORDER AND FINAL JUDGMENT

In accordance with the accompanying memorandum opinion, the court **GRANTS** the City of Jacksonville, Alabama's ("the City") motion for summary judgment (doc. 76) and **ENTERS SUMMARY JUDGMENT** in favor of the City and against Plaintiff Shirley McBrayer Flood.

**DONE** and **ORDERED** this April 15, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE